William BROWN, Jr.; B & M Hitech Electric, Plaintiffs-Appellants,

v.

TOMPKINS BUILDERS, INC.; S. B. Ballard Construction Company; T. K. Davis Construction Company; Watson Electrical Construction Company, LLC; David Brown; David Collins; Richard Allard, Jr., Defendants-Appellees.

No. 17-1025

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2017

Decided: June 22, 2017

William Brown, Jr., Appellant Pro Se. Jaime Brett Wisegarver, HIRSCHLER FLEISCHER, PC, Richmond, Virginia, for Appellees.

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Brown, Jr., and B & M Hitech Electric appeal the district court's order dismissing their complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we deny the Plaintiffs' motion for an audience and affirm for the reasons stated by the district court. *Brown v. Tompkins Builders, Inc.*, No. 3:16-cv-00599-REP, 2016 WL 7131504 (E.D. Va., Dec. 6, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*